# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF FRESNO

| | |
|---|---|
| **LETICIA PINEDA**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**SUN VALLEY PACKING, L.P.**; and **DOES 1-10**,<br><br>Defendants. | Case No.: 1:20-cv-00169-DAD-EPG<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR CROSS-DEFENDANT LETICIA PINEDA TO FILE RESPONSIVE PLEADING (L. R. 144; FRCP 6)** |
| **SUN VALLEY PACKING, L.P.**<br><br>Cross-Complainant,<br><br>**vs.**<br><br>**LETICIA PINEDA**, on behalf of herself and all others similarly situated,<br><br>Cross-Defendants. | |

## STIPULATION

Pursuant to Civil Local Rule 144, and Fed. R. Civ. P. 6, Plaintiff and Cross-Defendant Leticia Pineda, by and through her attorneys of record, and Defendant and Cross-Complainant Sun Valley Packing, L.P., by and through its attorneys of record, hereby stipulate to an extension as follows:

1. On October 23, 2019, Plaintiff and Cross-Defendant Leticia Pineda ("Pineda") filed a putative class action complaint in Fresno County Superior Court (Case No. 19CECG03846) and amended the complaint in state court to add a claim under California's Private Attorney General Act ("PAGA") (the "FAC"). Plaintiff served the FAC on Defendant and Cross-Complainant Sun Valley Packing, L.P. ("Sun Valley") on January 29, 2020.

2. On January 31, 2020, Sun Valley filed a Notice of Removal pursuant to 28 U.S.C. 1332, 1441, and 1446 in the Eastern District of California (Case No. 1:20-cv-00169-DAD-EPG). (See Dkt. 1.) On the same date, Sun Valley filed a Cross-Complaint for Injunctive and Declaratory Relief Regarding Unconstitutionality of PAGA. (See Dkt. #2.)

3. Pineda currently must file her responsive pleading to the Cross-Complaint by February 21, 2020.

4. On February 5, 2020, counsel for Pineda met and conferred in compliance with Eastern District of California Local Rule 144 and this Court's Standing Order in Civil Action regarding Pineda's intent to file a Motion to Dismiss pursuant to FRCP 12(b) and/or a Motion for More Definite Statement pursuant to FRCP 12(e), as well as a motion arising from Cross-Complainant's failure to name an indispensable party.

5. During the meet and confer process, counsel for Sun Valley informed counsel for Pineda that Sun Valley will file an Amended Cross-Complaint to address the issues raised in the meet and confer process; however, counsel for Sun Valley is unable to amend the Cross-Complaint before the February 21, 2020 deadline for Pineda to respond and file her anticipated motions.

6. To allow Sun Valley ample time to file its Amended Cross-Complaint, the parties wish to extend Pineda's time to respond to the currently filed Cross-Complaint.

Based on the foregoing, IT IS HEREBY STIPULATED, by and between all parties through their respective counsel of record that:

1. Cross-Defendant Pineda's date to answer or otherwise respond to Cross-Complainant Sun Valley's Cross-Complaint is extended by 21 days to March 13, 2020;
2. If Cross-Complainant so chooses, Cross-Complainant may file an amended Cross-Complaint on or before March 6, 2020. If the amended Cross-Complaint is filed, Cross-Defendant Pineda's time to answer or otherwise respond to the amended complaint will be in accordance with Fed. R. Civ. P. 15(a)(3) – namely, 14 days after service of the amended pleading.

**IT IS SO STIPULATED.**

Dated: February 18, 2020      MOSS BOLLINGER LLP

By: /s/
Jeremy F. Bollinger
Dennis F. Moss
Attorneys for Plaintiff and Cross-Defendant
LETICIA PINEDA

Dated: February 18, 2020      CAMPAGNE & CAMPAGNE

By: /s/
Thomas E. Campagne
Attorneys for Defendant and Cross-Complainant
SUN VALLEY PACKING, L.P.

2
**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR CROSS-DEFENDANT LETICIA PINEDA TO FILE RESPONSIVE PLEADING**

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the above stipulation, which the Court finds good cause to approve, IT IS |
| 3 | ORDERED that (1) Cross-Defendant Pineda's date to answer or otherwise respond to Cross- |
| 4 | Complainant Sun Valley's Cross-Complaint is extended by 21 days to March 13, 2020; and (2) if |
| 5 | Cross-Complainant so chooses, Cross-Complainant may file an amended Cross-Complaint on or |
| 6 | before March 6, 2020. If the amended Cross-Complaint is filed, Cross-Defendant Pineda's time |
| 7 | to answer or otherwise respond to the amended complaint will be in accordance with Fed. R. |
| 8 | Civ. P. 15(a)(3)—namely, 14 days after service of the amended pleading. |

IT IS SO ORDERED.

Dated: **March 4, 2020**     /s/ Erin P. Grosjean
                              UNITED STATES MAGISTRATE JUDGE

---

3
**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR CROSS-DEFENDANT LETICIA PINEDA TO FILE RESPONSIVE PLEADING**