**UNITES STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LETICIA PINEDA, on behalf of herself and all others similarly situated, | Case No.: 1:20-cv-00169-DAD-EPG |
| Plaintiff, | **STIPULATION AND ORDER FOR FURTHER EXTENSION OF TIME FOR CROSS-DEFENDANTS TO FILE RESPONSIVE PLEADING TO AMENDED CROSS-COMPLAINT (L. R. 144; FRCP 6)** |
| vs. | |
| SUN VALLEY PACKING, L.P.; and DOES 1-10, | (ECF No. 19) |
| Defendants. | |
| SUN VALLEY PACKING, L.P. | |
| Cross-Complainant, | |
| vs. | |
| LETICIA PINEDA, on behalf of herself and all others similarly situated, XAVIER BECERRA, in his official capacity as the Attorney General of the State of California; LILIA GARCIA BROWER, in her official capacity as the Labor Commissioner of the State of California; and JULIA A. SU, in her official capacity as the Secretary of the California Labor and Workforce Development Agency, and the California Labor and Workforce Development Agency, | |
| Cross-Defendants. | |

**STIPULATION**

Pursuant to Civil Local Rule 144, and Fed. R. Civ. P. 6, Plaintiff and Cross-Defendant LETICIA PINEDA and Cross-Defendants XAVIER BECERRA, in his official capacity as the Attorney General of the State of California; LILIA GARCIA BROWER, in her official capacity as the Labor Commissioner of the State of California; and JULIA A. SU, in her official capacity as the Secretary of the California Labor and Workforce Development Agency, and the California Labor and Workforce Development Agency (collectively "Cross-Defendants"), by and through their attorneys of record, and Defendant and Cross-Complainant SUN VALLEY PACKING, L.P. ("Sun Valley"), by and through its attorneys of record, hereby stipulate to an extension as follows:

1. WHEREAS, on January 31, 2020, Sun Valley filed a Notice of Removal pursuant to 28 U.S.C. 1332, 1441, and 1446 in the Eastern District of California (Case No. 1:20-cv-00169-DAD-EPG). (See Dkt. 1.) On the same date, Sun Valley filed a Cross-Complaint for Injunctive and Declaratory Relief Regarding Unconstitutionality of PAGA. (See Dkt. #2.)

2. WHEREAS, on February 5, 2020, counsel for Pineda met and conferred in compliance with Eastern District of California Local Rule 144 and this Court's Standing Order in Civil Action regarding Pineda's intent to file a Motion to Dismiss pursuant to FRCP 12(b);

3. WHEREAS, following the meet and confer, Sun Valley and Pineda filed a stipulation to extend the time for Pineda to file a responsive pleading to Sun Valley's original Cross-Complaint to allow Sun Valley the opportunity to file an Amended Cross-Complaint;

4. WHEREAS, on March 5, 2020, the Court granted the stipulation and extended the time for Pineda to file her responsive pleading to Sun Valley's original Cross-Complaint and ordered that if the Amended Cross-Complaint is filed, Cross-Defendant Pineda's time to answer or otherwise respond to the amended complaint will be in accordance with Fed. R. Civ. P. 15(a)(3);

5. WHEREAS, on March 4, 2020, Sun Valley filed its Amended Cross-Complaint, naming for the first time the three other Cross-Defendants as parties (Dkt. #8);

1

6. WHEREAS, on March 16, 2020, the Court granted Plaintiff Pineda's ex parte application to extend the deadline for Plaintiff to file a responsive pleading to Defendant's Cross-Complaint to April 29, 2020 (Dkt. #17);

7. WHEREAS, on March 30, 2020, Defendant Sun Valley Packing and Cross-Defendants Xavier Becerra, Lillia Garcia Brower and Julia A. Su filed a stipulation to extend those three Cross-Defendants' time to respond to Sun Valley Packing's Cross-Complaint to April 29, 2020 (Dkt. #18);

8. WHEREAS, the Parties have met and conferred and have agreed to extend Cross-Defendants' deadline to respond to the Cross Complaint in light of the breadth and complexity of the issues raised, complications arising from the ongoing coronavirus emergency and Governor Newsom's extended stay-at-home order in response to the pandemic;

9. WHEREAS, for the foregoing reasons, the Parties agree to extend Cross-Defendants' deadline to respond to the Cross Complaint by thirty (30) days, to May 29, 2020.

Based on the foregoing, IT IS HEREBY STIPULATED, by and between all parties through their respective counsel of record that: Cross-Defendants' deadline to answer or otherwise respond to Cross-Complainant Sun Valley Packing's Amended Cross-Complaint is extended to and including **May 29, 2020**.

**IT IS SO STIPULATED.**

Dated: April 15, 2020                MOSS BOLLINGER LLP

By:_____/s/Jeremy F. Bollinger_____
Jeremy F. Bollinger
Dennis F. Moss
Attorneys for Plaintiff and Cross-Defendant
LETICIA PINEDA


Dated: April 15, 2020                XAVIER BECERRA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

2

                                        By: /s/Aaron Jones (as authorized on 4/15/2020)
                                        AARON JONES
                                        Deputy Attorney General
                                        Attorneys for Cross-Defendants Xavier Becerra,
                                        Lilia Garcia Browner, and Julia A. Su

Dated: April 15, 2020              CAMPAGNE & CAMPAGNE

                                        By: /s/Thomas E. Campagne (as authorized 4/15/2020)
                                        Thomas E. Campagne
                                        Attorneys for Defendant and Cross-Complainant
                                        SUN VALLEY PACKING, L.P.

**ORDER**

Pursuant to the parties' stipulation (ECF No. 19), which the Court finds good cause to approve, IT IS ORDERED that Cross-Defendants' deadline to answer or otherwise respond to Cross-Complainant Sun Valley Packing, L.P.'s Amended Cross-Complaint is extended to May 29, 2020.

IT IS SO ORDERED.

Dated:   **April 15, 2020**                                    /s/ Erica P. Grosjean
                                                                                   UNITED STATES MAGISTRATE JUDGE

4