**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LETICIA PINEDA, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SUN VALLEY PACKING, L.P.; and DOES 1 through 10,<br><br>　　　　　　Defendants.<br><br>SUN VALLEY PACKING, L.P.,<br><br>　　　　　　Cross-Complainant,<br><br>　　v.<br><br>LETICIA PINEDA, on behalf of herself and all others similarly situated, XAVIER BECERRA, in his official capacity as the Attorney General of the State of California, LILIA GARCIA BROWER, in her official capacity as the Labor Commissioner of the State of California; and JULIA A. SU, in her official capacity as the Secretary of the California Labor and Workforce Development Agency, and the California Labor and Workforce Development Agency,<br><br>　　　　　　Cross-Defendants. | Case No. 1:20-cv-00169-DAD-EPG<br><br>**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION FOR FURTHER EXTENSION OF TIME**<br><br>(ECF No. 21) |

On May 22, 2020, the parties filed a joint stipulation requesting an alternate briefing

1

schedule. (ECF No. 21). For the reasons in the stipulation, the Court finds good cause to change the briefing schedule as requested.

However, given the ongoing judicial emergency in the Eastern District of California, judges in this district are no longer holding hearings on civil law motions. (ECF No. 5, at 3). Therefore, the Court will not schedule a hearing for the motion to dismiss.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's and Cross-Defendants' deadline to file a motion to dismiss (the "Motion") or otherwise respond to the Cross-Complaint shall be August 4, 2020.
2. Defendant's deadline to file its opposition to the Motion shall be September 1, 2020;
3. Plaintiff's and Cross-Defendant's deadline to file their reply shall be September 15, 2020.

IT IS SO ORDERED.

Dated: **May 26, 2020**          /s/ Erica P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE