UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA PINEDA,<br><br>    Plaintiff,<br><br>v.<br><br>SUN VALLEY PACKING, L.P.,<br><br>    Defendant. | Case No. 1:20-cv-00169-DAD-EPG<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 64) |

    This matter is before the Court on the stipulation of all parties, requesting to continue the June 30, 2022 scheduling conference until at least December 2022. (ECF No. 64). As grounds, the parties state that "[t]his request is made by all parties of record due to the fact that the parties have been having serious settlement conversations and the parties have retained Retired Tulare County Superior Court Presiding Judge Howard R. Broadman to conduct an all-day mediation on November 8, 2022, and longer if necessary, whereby the parties hope to settle this matter." (*Id.* at 2).

    Finding good cause to grant the request, IT IS ORDERED as follows:

1. The parties' stipulated request (ECF No. 64) to continue the scheduling conference is granted;
2. The June 30, 2022 scheduling conference and accompanying requirements are vacated;
3. By no later than November 15, 2022, the parties shall file a joint status report, addressing

1

the status of settlement negotiations;

4. After review of the parties' joint status report, the Court will, if necessary, reset the initial scheduling conference; and,

5. Should the parties reach a settlement, they are directed to comply with Local Rule 160.

IT IS SO ORDERED.

Dated:   **June 15, 2022**                              /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE