UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA PINEDA,<br><br>             Plaintiff,<br><br>    v.<br><br>SUN VALLEY PACKING, L.P.,<br><br>             Defendant. | Case No.   1:20-cv-00169-ADA-EPG<br><br>ORDER GRANTING PARTIES' REQUEST TO POSTPONE SETTING A SCHEDULING CONFERENCE<br><br>(ECF No. 69) |

This matter is before the Court on the parties' joint status report, requesting to postpone setting a scheduling conference until after November 30, 2022. (ECF No. 69). As grounds, the parties state that they retained Retired Tulare County Superior Court Presiding Judge Howard R. Broadman to conduct a mediation on November 8, 2022. While the parties did not reach a settlement at the mediation, "they made significant progress and scheduled an in-person second day of mediation with Judge Broadman for November 30, 2022," and they "are hopeful that they can reach a settlement on that date." (*Id.* at 2).

Finding good cause to grant the request, IT IS ORDERED as follows:

1. The parties' request (ECF No. 69) to postpone setting a scheduling conference is granted;

2. By no later than December 7, 2022, the parties shall file a joint status report, addressing the status of settlement negotiations;

3. After review of the parties' joint status report, the Court will, if necessary, set a

1

scheduling conference; and

4. Should the parties reach a settlement, they are directed to comply with Local Rule 160.

IT IS SO ORDERED.

Dated: **November 15, 2022**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

2