UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA PINEDA,<br><br>    Plaintiff,<br><br>v.<br><br>SUN VALLEY PACKING, L.P.,<br><br>    Defendant. | Case No. 1:20-cv-00169-ADA-EPG<br><br>ORDER REQUIRING FURTHER JOINT STATUS REPORT<br><br>(ECF No. 71) |

This matter is before the Court on the parties' joint status report regarding the status of settlement negotiations. (ECF No. 71). The parties report that they attended a mediation on November 8, 2022, before Retired Tulare County Superior Court Presiding Judge Howard R. Broadman. While the parties did not reach a settlement at the mediation, "they made significant progress and scheduled an in-person second day of mediation with Judge Broadman for November 30, 2022." This "second day of mediation concluded with Plaintiff making a final settlement demand to Defendant that was supported and recommended by Judge Broadman." And "Defendant has requested that Judge Broadman meet with Defendant's investors to discuss the settlement demand." However, "[b]ecause Judge Broadman's schedule is very busy, Plaintiff has given Defendant until December 21, 2022, to accept the settlement demand." Given these circumstances, the parties report that they plan to "provide a further status update after the December 21, 2022 deadline."

Upon review of the joint status report, IT IS ORDERED as follows:

1. The parties shall file a further joint status report by no later than January 4, 2023, addressing the status of settlement negotiations;
2. After review of the parties' joint status report, the Court will, if necessary, set a scheduling conference; and
3. Should the parties reach a settlement, they are directed to comply with Local Rule 160.

IT IS SO ORDERED.

Dated: **December 7, 2022**         /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE