UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA PINEDA, *on behalf of herself and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>SUN VALLEY PACKING, L.P., et al.,<br><br>Defendants. | Case No.   1:20-cv-00169-ADA-EPG<br><br>ORDER REQUIRING DISPOSITIONAL DOCUMENT<br><br>(ECF No. 71) |

On January 31, 2020, Defendant removed this putative class action from state court, which alleges various wage, hour, and other labor-related claims under the California Labor Code, as well as a representative action claim for civil penalties under the Labor Code Private Attorneys General Act of 2004 (PAGA). (ECF No. 1).

The Court has held off on setting a case schedule based on the parties' request and representations about engaging in serious settlement negotiations. (ECF Nos. 65, 70, 72). Now before the Court is the parties' joint status report, which states that, following mediation, Defendant has accepted Plaintiff's "settlement offer and the [p]arties are now in the process of drafting and finalizing the settlement documents." (ECF No. 73, p. 2).

Upon review of the parties' joint status report, IT IS ORDERED as follows:

1. By no later March 6, 2023, the parties shall make a filing regarding the disposition of this case, *e.g.*, a stipulation for voluntary dismissal, *see* Fed. R. Civ. P. 41(a), or a motion for

1

1. preliminary approval of a class action settlement.

2. Given that Plaintiff has asserted class and representative claims, if the parties believe that a stipulation for voluntary dismissal is appropriate, they should include legal authority for why their claims may be resolved without further Court approval.

IT IS SO ORDERED.

Dated: **January 5, 2023**          /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE